## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

MALIBU MEDIA, LLC,

      Plaintiff,

v.                                  Civil Action No. 1:13-cv-02710-GLR

JOHN DOE, subscriber assigned IP address
98.117.202.83,

      Defendant.

_____/

### PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL
### WITH PREJUDICE OF JOHN DOE

    **PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe ("Defendant"). Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action with prejudice. John Doe was assigned the IP Address 98.117.202.83. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

    Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

    Dated: December 2, 2013

                                    Respectfully submitted,

                                    By: ___ /s/ *Jon A. Hoppe* _____
                                    Jon A. Hoppe, Esquire
                                    jhoppe@mhhhlawfirm.com
                                    MADDOX, HOPPE, HOOFNAGLE &
                                    HAFEY, L.L.C.
                                    1401 Mercantile Lane #105
                                    Largo, Maryland 20774
                                    Phone: 301-341-2580
                                    *Attorney for Plaintiff*

APPROVED THIS __4th__ DAY OF __Dec__ 20__13__

GEORGE L. RUSSELL, III, U.S.D.J.

1